**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHAPTER 13 PLAN**
**AND RELATED MOTIONS**

Name of Debtor(s):   **Lakeisha D. Seldon**                           Case No:  **16-33200**

This plan, dated   **July  5, 2016**  , is:

    ☑   the *first* Chapter 13 plan filed in this case.
    ☐   a modified Plan, which replaces the
        ☐confirmed or ☐unconfirmed Plan dated .

    Date and Time of <u>Modified Plan</u> Confirming Hearing:

    Place of <u>Modified Plan</u> Confirmation Hearing:

    The Plan provisions modified by this filing are:

    Creditors affected by this modification are:

**NOTICE: YOUR RIGHTS WILL BE AFFECTED. You should read these papers carefully. If you oppose any provision of this Plan, or if you oppose any included motions to (i) value collateral, (ii) avoid liens, or (iii) assume or reject unexpired leases or executory contracts, you MUST file a timely written objection.**

**This Plan may be confirmed and become binding, <u>and the included motions in paragraphs 3, 6, and 7 to value collateral, avoid liens, and assume or reject unexpired leases or executory contracts may be granted</u>, without further notice or hearing unless a written objection is filed not later than seven (7) days prior to the date set for the confirmation hearing and the objecting party appears at the confirmation hearing. Objection due date: . Confirmation hearing is set for August 31, 2016 @ 11:10 a.m. at 701 E. Broad Street, Richmond, VA 23219  in Courtroom 5000. If no objections are timely filed, a confirmation hearing will NOT be held.**

The debtor(s)' schedules list assets and liabilities as follows:

    Total Assets: **$55,230.00**
    Total Non-Priority Unsecured Debt: **$85,866.00**
    Total Priority Debt: **$12,000.00**
    Total Secured Debt: **$54,250.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

1. **Funding of Plan.** The debtor(s) propose to pay the trustee the sum of **$1,200.00 Monthly for 60 months**. Other payments to the Trustee are as follows:   **NONE**   . The total amount to be paid into the plan is $   **72,000.00**   .

2. **Priority Creditors.** The Trustee shall pay allowed priority claims in full unless the creditor agrees otherwise.

    A.  **Administrative Claims under 11 U.S.C. § 1326.**

        1.  The Trustee will be paid the percentage fee fixed under 28 U.S.C. § 586(e), not to exceed 10%, of all sums disbursed except for funds returned to the debtor(s).
        2.  Debtor(s)' attorney will be paid $  **4,190.00**   balance due of the total fee of $  **5,100.00**   concurrently with or prior to the payments to remaining creditors.

    B.  **Claims under 11 U.S.C. §507.**
        The following priority creditors will be paid by deferred cash payments pro rata with other priority creditors or in monthly installments as below, except that allowed claims pursuant to 11 U.S.C. § 507(a)(1) will be paid prior to other priority creditors but concurrently with administrative claims above:

| Creditor | Type of Priority | Estimated Claim | Payment and Term |
|---|---|---:|---:|
| **Commonwealth of VA-Tax** | Taxes and certain other debts | 0.00 | |
| | | | 0 months |
| **Internal Revenue Service** | Taxes and certain other debts | 12,000.00 | |
| | | | 11 months |

3. **Secured Creditors: Motions to Value Collateral ("Cramdown"), Collateral being Surrendered, Adequate Protection Payments, and Payment of certain Secured Claims.**

    A.  **Motions to Value Collateral (other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) or by the final paragraph of 11 U.S.C. § 1325(a)). Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion to value collateral as set forth herein.**

    This section deals with valuation of certain claims secured by real and/or personal property, other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) [real estate which is debtor(s)' principal residence] or by the final paragraph of 11 U.S.C. § 1325(a) [motor vehicles purchased within 910 days or any other thing of value purchased within 1 year before filing bankruptcy], in which the replacement value is asserted to be less than the amount owing on the debt. **Such debts will be treated as secured claims only to the extent of the replacement value of the collateral. That value will be paid with interest as provided in sub-section D of this section. You must refer to section 3(D) below to determine the interest rate, monthly payment and estimated term of repayment of any "crammed down" loan. The deficiency balance owed on such a loan will be treated as an unsecured claim to be paid only to the extent provided in section 4 of the Plan.**
    The following secured claims are to be "crammed down" to the following values:

| Creditor | Collateral | Purchase Date | Est Debt Bal. | Replacement Value |
|---|---|---:|---:|---:|
| **Tappahannock Furniture** | Bedroom & living room set | 2010 | 2,400.00 | 250.00 |

    B.  **Real or Personal Property to be Surrendered.**

    Upon confirmation of the Plan, or before, the debtor(s) will surrender his/her/their interest in the collateral securing the claims of the following creditors in satisfaction of the secured portion of such creditors' allowed claims. To the extent that the collateral does not satisfy the claim, any timely filed deficiency claim to which the creditor is entitled may be paid as a non-priority unsecured claim. Confirmation of the Plan shall terminate the automatic stay as to the interest of the debtor(s) and the estate in the collateral.

| Creditor | Collateral Description | Estimated Value | Estimated Total Claim |
|---|---|---:|---:|
| **-NONE-** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                                Best Case Bankruptcy

C. **Adequate Protection Payments.**

The debtor(s) propose to make adequate protection payments required by 11 U.S.C. § 1326(a) or otherwise upon claims secured by personal property, until the commencement of payments provided for in sections 3(D) and/or 6(B) of the Plan, as follows:

| Creditor | Collateral Description | Adeq. Protection Monthly Payment | To Be Paid By |
|---|---|---|---|
| **Tappahannock Furniture** | **3pc Bedroom set** | 25.00 | Trustee |
| **Prestige Financial Services** | **2010 Honda Accord 130,000 miles** | 200.00 | Trustee |
| **Vanderbilt Mortgage** | **2001 Oakwood Mobile Home** | 409.48 | Trustee |

Any adequate protection payment upon an unexpired lease of personal property assumed by the debtor(s) pursuant to section 6(B) of the Plan shall be made by the debtor(s) as required by 11 U.S.C. § 1326(a)(1)(B) (payments coming due after the order for relief).

D. **Payment of Secured Claims on Property Being Retained (except only those loans provided for in section 5 of the Plan):**

This section deals with payment of debts secured by real and/or personal property [including short term obligations, judgments, tax liens and other secured debts]. After confirmation of the Plan, the Trustee will pay to the holder of each allowed secured claim, which will be either the balance owed on the indebtedness or, where applicable, the collateral's replacement value as specified in sub-section A of this section, **whichever is less**, with interest at the rate provided below, the monthly payment specified below until the amount of the secured claim has been paid in full. **Upon confirmation of the Plan, the valuation and interest rate shown below will be binding unless a timely written objection to confirmation is filed with and sustained by the Court.**

| Creditor | Collateral | Approx. Bal. of Debt or "Crammed Down" Value | Interest Rate | Monthly Paymt & Est. Term** |
|---|---|---|---|---|
| **Prestige Financial Services** | **2010 Honda Accord 130,000 miles** | 19,180.00 | 4.5% | 44 months |
| **Vanderbilt Mortgage** | **2001 Oakwood Mobile Home** | 18,712.00 | 4.5% | 44 months |
| **Tappahannock Furniture** | **Bedroom & living room set** | 250.00 | 4.5% | 44 months |

E. **Other Debts.**

Debts which are (i) mortgage loans secured by real estate which is the debtor(s)' primary residence, or (ii) other long term obligations, whether secured or unsecured, to be continued upon the existing contract terms with any existing default in payments to be cured pursuant to 11 U.S.C. § 1322(b)(5), are provided for in section 5 of the Plan.

4. **Unsecured Claims.**

A. **Not separately classified.** Allowed non-priority unsecured claims shall be paid pro rata from any distribution remaining after disbursement to allowed secured and priority claims. Estimated distribution is approximately __4__ %. The dividend percentage may vary depending on actual claims filed. If this case were liquidated under Chapter 7, the debtor(s) estimate that unsecured creditors would receive a dividend of approximately __0__ %.

B. **Separately classified unsecured claims.**

| Creditor | Basis for Classification | Treatment |
|---|---|---|
| -NONE- | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

5. **Mortgage Loans Secured by Real Property Constituting the Debtor(s)' Primary Residence; Other Long Term Payment Obligations, whether secured or unsecured, to be continued upon existing contract terms; Curing of any existing default under 11 U.S.C. § 1322(b)(5).**

   A. **Debtor(s) to make regular contract payments; arrears, if any, to be paid by Trustee.** The creditors listed below will be paid by the debtor(s) pursuant to the contract without modification, except that arrearages, if any, will be paid by the Trustee either pro rata with other secured claims or on a fixed monthly basis as indicated below, without interest unless an interest rate is designated below for interest to be paid on the arrearage claim and such interest is provided for in the loan agreement.

   | Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Arrearage Interest Rate | Estimated Cure Period | Monthly Arrearage Payment |
   |---|---|---|---|---|---|---|
   | Crest Financial Services | Merchandise | 100.00 | 0.00 | 0% | 0 months | |
   | Dean, Norman O. | LAND: 214 Hazard Road Heathsville, VA 22473 | 461.04 | 0.00 | 0% | 0 months | |

   B. **Trustee to make contract payments and cure arrears, if any.** The Trustee shall pay the creditors listed below the regular contract monthly payments that come due during the period of this Plan, and pre-petition arrearages on such debts shall be cured by the Trustee either pro rata with other secured claims or with monthly payments as set forth below.

   | Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Interest Rate | Term for Arrearage | Monthly Arrearage Payment |
   |---|---|---|---|---|---|---|
   | -NONE- | | | | | | |

   C. **Restructured Mortgage Loans to be paid fully during term of Plan.** Any mortgage loan against real estate constituting the debtor(s)' principal residence upon which the last scheduled contract payment is due before the final payment under the Plan is due shall be paid by the Trustee during the term of the Plan as permitted by 11 U.S.C. § 1322(c)(2) with interest at the rate specified below as follows:

   | Creditor | Collateral | Interest Rate | Estimated Claim | Monthly Paymt & Est. Term** |
   |---|---|---|---|---|
   | -NONE- | | | | |

6. **Unexpired Leases and Executory Contracts.** The debtor(s) move for assumption or rejection of the executory contracts and leases listed below.

   A. **Executory contracts and unexpired leases to be rejected.** The debtor(s) reject the following executory contracts.

   | Creditor | Type of Contract |
   |---|---|
   | -NONE- | |

   B. **Executory contracts and unexpired leases to be assumed.** The debtor(s) assume the following executory contracts. The debtor agrees to abide by all terms of the agreement. The Trustee will pay the pre-petition arrearages, if any, through payments made pro rata with other priority claims or on a fixed monthly basis as indicated below.

   | Creditor | Type of Contract | Arrearage | Monthly Payment for Arrears | Estimated Cure Period |
   |---|---|---|---|---|
   | Crest Financial Services | Lease | | | |

**7.    Liens Which Debtor(s) Seek to Avoid.**

    A.    **The debtor(s) move to avoid liens pursuant to 11 U.S.C. § 522(f).**  The debtor(s) move to avoid the following judicial liens and non-possessory, non-purchase money liens that impair the debtor(s)' exemptions.  **Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion and cancel the creditor's lien.**  If an objection is filed, the Court will hear evidence and rule on the motion at the confirmation hearing.

| Creditor | Collateral | Exemption Amount | Value of Collateral |
|---|---|---|---|
| -NONE- | | | |

    B.    **Avoidance of security interests or liens on grounds other than 11 U.S.C. § 522(f).**  The debtor(s) have filed or will file and serve separate pleadings to avoid the following liens or security interests.  The creditor should review the notice or summons accompanying such pleadings as to the requirements for opposing such relief.  The listing here is for information purposes only.

| Creditor | Type of Lien | Description of Collateral | Basis for Avoidance |
|---|---|---|---|
| -NONE- | | | |

**8.    Treatment and Payment of Claims.**

- All creditors must timely file a proof of claim to receive payment from the Trustee.
- If a claim is scheduled as unsecured and the creditor files a claim alleging the claim is secured but does not timely object to confirmation of the Plan, the creditor may be treated as unsecured for purposes of distribution under the Plan.  This paragraph does not limit the right of the creditor to enforce its lien, to the extent not avoided or provided for in this case, after the debtor(s) receive a discharge.
- If a claim is listed in the plan as secured and the creditor files a proof of claim alleging the claim is unsecured, the creditor will be treated as unsecured for purposes of distribution under the Plan.
- The Trustee may adjust the monthly disbursement amount as needed to pay an allowed secured claim in full.

**9.    Vesting of Property of the Estate.**  Property of the estate shall revest in the debtor(s) upon confirmation of the Plan. Notwithstanding such vesting, the debtor(s) may not sell, refinance, encumber real property or enter into a mortgage loan modification without approval of the Court after notice to the Trustee, any creditor who has filed a request for notice and other creditors to the extent required by the Local Rules of this Court.

**10.    Incurrence of indebtedness.**  The debtor(s) shall not voluntarily incur additional indebtedness exceeding the cumulative total of $5,000 principal amount during the term of this Plan, either unsecured or secured against personal property, except upon approval of the Court after notice to the Trustee, any creditor who has filed a request for notice, and other creditors to the extent required by the Local Rules of this Court.

**11.    Other provisions of this plan:**

**(1)  Upon confirmation of this plan, priority creditors are granted relief from the automatic stay only to the extent necessary to offset any pre-petition tax refund due to the debtor against any pre-petition tax liability owed by the debtor.**
**(2)  Debtor's attorney's fees to be paid as a priority claim.**
**(3) The trustee can extend the plan up to 60 months to pay properly filed claims in this matter.**
**(4) The debtor will not MODIFY THE DEED, SELL, REFINANCE, OR MODIFY THE MORTGAGE  without an order from the court.**
**(5) The deadline to object to proof of claims is extended to 90 days past the claims bar deadline.**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com					Best Case Bankruptcy

**Signatures:**

Dated:   June 22, 2016

| | |
|---|---|
| **/s/ Lakeisha D. Seldon** | **/s/ Pia J. North** |
| **Lakeisha D. Seldon** | **Pia J. North 29672** |
| **Debtor** | **Debtor's Attorney** |

**Exhibits:**    Copy of Debtor(s)' Budget (Schedules I and J);
               Matrix of Parties Served with Plan

Certificate of Service

I certify that on   **July 5, 2016**  , I mailed a copy of the foregoing to the creditors and parties in interest on the attached Service List.

       **/s/ Pia J. North**
       **Pia J. North 29672**
       Signature

       **5913 Harbour Park Drive**
       **Midlothian, VA 23112**
       Address

       **(804) 739-3700**
       Telephone No.

Ver. 09/17/09 [effective 12/01/09]

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Lakeisha D. Seldon**                                         Case No.  **16-33200**
                        Debtor(s)                                     Chapter   **13**

# SPECIAL NOTICE TO SECURED CREDITOR

To:
**Tappahannock Furniture**
**PO Box 307**
**Tappahannock, VA 22560**

**Tappahannock Furniture Store**
**Charles W Slaughter, Reg Agent**
**501 Church Lane**
**Tappahannock, VA 22560**
*Name of creditor*

**Bedroom & living room set**
*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   [✓]   To value your collateral. ***See Section 3 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   [ ]   To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 7 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

2. ***You should read the attached plan carefully for the details of how your claim is treated.*** The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | Not later than seven (7) days prior to the date set for the confirmation hearing. If no objections are timely filed, the confirmation hearing will NOT be held. |
| Date and time of confirmation hearing: | **August 31, 2016 @ 11:10 a.m.** |
| Place of confirmation hearing: | **701 E. Broad Street in Courtroom 5000 Richmond, VA 23219** |

**Lakeisha D. Seldon**
*Name(s) of debtor(s)*

By: **/s/ Pia J. North**
**Pia J. North 29672**
*Signature*

☑ Debtor(s)' Attorney
☐ Pro se debtor

**Pia J. North 29672**
*Name of attorney for debtor(s)*
**5913 Harbour Park Drive**
**Midlothian, VA 23112**
*Address of attorney [or pro se debtor]*

Tel. #  **(804) 739-3700**
Fax #  **(804) 739-2550**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☑ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **July  5, 2016**  .

**/s/ Pia J. North**
**Pia J. North 29672**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

Fill in this information to identify your case:

Debtor 1: **Lakeisha D. Seldon**

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number: **16-33200**
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

# Official Form 106I
## Schedule I: Your Income     12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status* | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Certified Nursing Assistant | |
| Employer's name | Best Hope Home Health Care LLC | |
| Employer's address | 17932 Freley Blvd Ste 400 E<br>Dumfries, VA 22026 | |
| How long employed there? | November 2015 | |

*See Attachment for Additional Employment Information

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 3,151.79 | $ N/A |
| 3. **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ N/A |
| 4. **Calculate gross Income.** Add line 2 + line 3. | $ 3,151.79 | $ N/A |

Official Form 106I                          **Schedule I: Your Income**                          page 1

Debtor 1  **Lakeisha D. Seldon**                                                    Case number (*if known*)  **16-33200**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | **Copy line 4 here** | 4. | $ 3,151.79 | $ N/A |
| 5. | **List all payroll deductions:** |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 3,151.79 | $ N/A |
| 8. | **List all other income regularly received:** |  |  |  |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 467.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: **NO Amortized tax refund - 1099 employee** | 8h.+ | $ 0.01 + | $ N/A |
|  | **Anticipated take home pay from futrure part-time job** |  | $ 900.00 | $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1,367.01 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 4,518.80  +  $ N/A  =  $ 4,518.80 | |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J*.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. | +$ 0.00 | |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ 4,518.80 **Combined monthly income** | |

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:  **See Schedule J**

Debtor 1   **Lakeisha D. Seldon**                                                           Case number (*if known*)   **16-33200**

# Official Form B 6I
# Attachment for Additional Employment Information

| **Debtor** | |
|---|---|
| Occupation | |
| Name of Employer         **The Brambles** | |
| How long employed | |
| Address of Employer | |

Fill in this information to identify your case:

Debtor 1: **Lakeisha D. Seldon**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (If known): **16-33200**

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No
   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent............
   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 8/1999 | ☐ No  ■ Yes |
| Son | 8/2002 | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ **0.00**

   **If not included in line 4:**

   4a. Real estate taxes                                                        4a. $ **100.00**
   4b. Property, homeowner's, or renter's insurance                             4b. $ **100.00**
   4c. Home maintenance, repair, and upkeep expenses                            4c. $ **100.00**
   4d. Homeowner's association or condominium dues                              4d. $ **0.00**
5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ **461.04**

| Debtor 1 | **Lakeisha D. Seldon** | Case number (if known) | **16-33200** |
|---|---|---|---|

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ **250.00**
   - 6b. Water, sewer, garbage collection — 6b. $ **0.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **45.00**
   - 6d. Other. Specify: — 6d. $ **0.00**
7. **Food and housekeeping supplies** — 7. $ **668.00**
8. **Childcare and children's education costs** — 8. $ **0.00**
9. **Clothing, laundry, and dry cleaning** — 9. $ **193.00**
10. **Personal care products and services** — 10. $ **200.00**
11. **Medical and dental expenses** — 11. $ **180.00**
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ **531.75**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **100.00**
14. **Charitable contributions and religious donations** — 14. $ **0.00**
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ **0.00**
    - 15b. Health insurance — 15b. $ **0.00**
    - 15c. Vehicle insurance — 15c. $ **156.00**
    - 15d. Other insurance. Specify: — 15d. $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Personal Property Tax** — 16. $ **20.00**
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ **0.00**
    - 17b. Car payments for Vehicle 2 — 17b. $ **0.00**
    - 17c. Other. Specify: **Misc. Expenses** — 17c. $ **114.00**
    - 17d. Other. Specify: **Vehicle upkeep 2010** — 17d. $ **100.00**
    - **Land payment to Norman Dean = $461.04** — $ **0.01**
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ **0.00**
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ **0.00**
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ **0.00**
    - 20b. Real estate taxes — 20b. $ **0.00**
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ **0.00**
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ **0.00**
    - 20e. Homeowner's association or condominium dues — 20e. $ **0.00**
21. **Other:** Specify: — 21. +$ **0.00**

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ **3,318.80**
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ **3,318.80**

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ **4,518.80**
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ **3,318.80**
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ **1,200.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes. Explain here: **Debtor does not anticipate any changes to income or expenses except she will be working a part-time job in addition to her full time job.
    Debtor is now a 1099 employee and does not expect to get future refunds.**

    **Household size of 5; Debtor's 19 & 21 year old daughters live with her. Their expenses are NOT on Schedule J.**

Aaron Rents
1015 Cobb Place Blvd.
Kennesaw, GA 30144

Check Smart LLC
PO Box 5544
Dublin, OH 43016

Credit Control Corp
11821 Rock Landing
Newport News, VA 23612

Adelphia Cable
PO Box 100
Powhatan, VA 23139

Chesapeake Bank
PO Box 2256
Kilmarnock, VA 22482

Credit Control Corp
PO Box 100570
Newport News, VA 23612

Advance America
PO Box 249
Tappahannock, VA 22560

Chesapeake Medical Group
PO Box 2255
Kilmarnock, VA 22482

CreditProt
13355 Noel Rd, 21st Floor
Dallas, TX 75380

Amca
2269 S Saw Mill River Road
Elmsford, NY 10523

Cloud & Tidwell LLC
1625 Richard Arrington Jr Blvd
Birmingham, AL 35205

Crest Financial Services
15 West Scenic Pointe
Salt Lake City, UT 84020

Bank of Lancaster
P.O. Box 1869
Kilmarnock, VA 22482

CMG Family Practice
PO Box 2255
Kilmarnock, VA 22482

Norman O. Dean
633 Four Seasons Dr
Ruckersville, VA 22968

Bay Harbor Medical Center
740 Jessie Dupont Memorial Hwy
Burgess, VA 22432

Commonwealth of VA-Tax
P.O. Box 2156
Richmond, VA 23218-2156

DirecTV
Attn: Bankruptcy Claims
P.O. Box 6550
Englewood, CO 80155

Burke & Kilduff
48 N Main St
Kilmarnock, VA 22482

Continental Emergency Serv
111 Bulifants Blvd Ste B
Williamsburg, VA 23188

Dish Network
PO Box 3097
Bloomington, IL 61702

Cars of West Point
3060 King William Ave
West Point, VA 23181

County Auto Brokers
7006 George Washington Mem Hwy
Yorktown, VA 23692

Diversified Consultant
Dci
Po Box 551268
Jacksonville, FL 32255

Cashnet USA
200 West Jackson, Suite 1400
Chicago, IL 60606

Credit Adjument Board
8002 Discovery Drive
Suite 311
Henrico, VA 23229

Dominion VA Power
Post Office Box 26543
Richmond, VA 23290-0001

Certegy
P.o. Box 30046
Tampa, FL 33630

Credit Collection Services
PO Box 9335
Needham Heights, MA 02494

Dr. Olson & Washburn
PO Box 309
South Hill, VA 23970

Drive Financial
8585 N Stemmons Pkwy
Ste 1100N
Dallas, TX 75247

Ginnys/Swiss Colony Inc
1112 7th Av
Monroe, WI 53566-1364

Mason: Easy Pay
PO Box 77001
Madison, WI 53707

DT Credit Corp
PO Box 29018
Phoenix, AZ 85038

Ginnys/Swiss Colony Inc
1112 7th Ave
Monroe, WI 53566

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Dungan Excavating & Septic
7744 Newland Rd
Warsaw, VA 22572

IC Systems
PO Box 64137
Saint Paul, MN 55164

National Auto Sales, Inc.
6029 Midlothian Turnpike
Richmond, VA 23225

Equidata
724 Thimble Shoals
Newport News, VA 23606

Integrity Collections
PO Box 1165
Midlothian, VA 23113

NCO
PO Box 15273
Wilmington, DE 19850

Equidata
Attn: Bankruptcy
Po Box 6610
Newport News, VA 23606

Internal Revenue Service
Centralized Insolvency Unit
P O Box 7346
Philadelphia, PA 19101-7346

Northern Neck Electric
PO Box 288
Warsaw, VA 22572

FHC Receivables
3237 Virginia Beach Boulevard
Virginia Beach, VA 23452

Kilmarnock Animal Clinic
PO Box 255
Kilmarnock, VA 22482

Northern Neck State Bank
Post Office Box 68
Warsaw, VA 22572

Finfit
272 Bendix Rd
Ste 500
Virginia Beach, VA 23452

Lab Corp
P.O. Box 2240
Burlington, NC 27216

OAC/DFC
7800 McCloud Rd
Greensboro, NC 27409

First Premier Bank
PO Box 5524
Sioux Falls, SD 57117

Law Offices Of Leo Jon Perk
150 Strawberry Plains Road
Suite D
Williamsburg, VA 23188

Paragonway
PO Box 42829
Austin, TX 78704

First Virginia Bank
7001 Post Road Ste 300
Dublin, OH 43016

LCA Collections
Post Office Box 2240
Burlington, NC 27216-2240

Peebles Dept Store
PO Box 659465
San Antonio, TX 78265

Future Finance Co
3237 Virginia Beach Blvd
Virginia Beach, VA 23452

Leo Perk, Esquire
352 McLaw Circle Ste 1
Williamsburg, VA 23185

Penn Credit Corp
PO Box 988
Harrisburg, PA 17108

Peritus Portfolio Services II
PO Box 141419
Irving, TX 75014

Riverside Physician
PO Box 6008
Newport News, VA 23606

Vanderbilt Mortgage
Attn: Bankruptcy Dept
P.O. Box 9800
Maryville, TN 37802

PMAB, LLC
5970 Fairview Rd
Charlotte, NC 28210

Steven L. Higs, PC
9 Franklin Rd, SW
Roanoke, VA 24011

Verizon
PO Box 17577
Baltimore, MD 21297

PMAB, LLC
4135 South Stream Blvd
Suite 400
Charlotte, NC 28217

Tappahannock Furniture Store
Charles W Slaughter, Reg Agent
501 Church Lane
Tappahannock, VA 22560

William G. Ryan
611 Della St
Tappahannock, VA 22560

Prestige Financial Serv, Inc.
CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060

Tappahannock Furnt. Store, Inc
PO Box 307
Tappahannock, VA 22560

Woodland Landscaping & Constru
PO Box 55
Millers Tavern, VA 23115

Prestige Financial Services
P O Box 26707
Salt Lake City, UT 84126-0707

Think Cash
P.O. Box 101842
Fort Worth, TX 76185

Prestige Financial Svc
Attn: Bankruptcy
1420 South 500 West
Salt Lake City, UT 84115

Thinkcashfbd
Brandywine Commons
Wilmington, DE 19803

Professional Med Adj Bureau
5970 Fairview Dr
Ste 800
Charlotte, NC 28210

Title 11 Funding
8245 Tournament Dr
Ste 230
Memphis, TN 38125

Professional Placement
PO Box 612
Milwaukee, WI 53201

TREAFMS
401 14th St SW Rm 446
Washington, DC 20227

Progressive Insurance
PO Box 31260
Tampa, FL 33631

Union Bank & Trust
PO Box 940
Ruther Glen, VA 22546

Rappahannock General Hospital
Post Office Box 1449
Kilmarnock, VA 22482

Vanderbilt Mortgage
500 Alcoa Trail
Maryville, TN 37804